IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 26 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-CV-02156-OES

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

KARL ALAN HOUSE OF SCHOENWALDER, EX REL USA,

    Plaintiff,

v.

JERALD GIDEON WOLFF, JR.,
JASON V. MIKESELL,
FRED O. & PATRICIA WHITE,
ROBERT C. STANBRO,
KEVIN M. DOUGHERTY,
MARK V. TROSTEL,
BILL OWENS, and
UNNAMED MALE & FEMALE INDIVIDUALS #1-100, et al.,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a document titled "Notice of Transfer to Cure Jurisdiction Verification, Oath of Office and Notice of Service", and a document titled "Declaratory Judgment Praecipe and Caveat Statement of Jurisdiction Memorandum Brief of Law Verification and Notice of Service." He has failed to file a Complaint and has failed either to pay the $250.00 filing fee or to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) _X_ is not submitted
- (2) ___ is not on proper form (must use the court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) ___ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the court. Only an original has been received.
- (9) _X_ other: motion is necessary only if filing fee is not paid in advance.

**Complaint or Petition:**
- (10) _X_ is not submitted
- (11) ___ is not on proper form (must use the court's current form)
- (12) ___ is missing an original signature by the Plaintiff
- (13) ___ is incomplete
- (14) ___ uses et al. instead of listing all parties in caption
- (15) ___ An original and a copy have not been received by the court. Only an original has been received.
- (16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
- (17) ___ names in caption do not match names in text
- (18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 26 day of OCTOBER, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    **05 - CV - 02156**-OES

Karl Alan Schoenwalder
c/o US Post Office
General Delivery
Woodland Park, CO 80863

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint** to the above-named individuals on _10-26-05_

                                        GREGORY C. LANGHAM, CLERK

                                        By: _____
                                                 Deputy Clerk